# EXHIBIT 1

# Conviction Records

COURT OF COMMON PLEAS OF MONROE COUNTY
43RD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA    :    NO. 1606 CRIMINAL 1999
                                :
vs.                             :
                                :    SENTENCING
MOHD SULIMAN ALRAWASHDEH,       :
                                :
              Defendant         :

CERTIFIED FROM THE RECORD
this _____ day of _____ 20__
_____
Clerk, Common Pleas
43rd Judicial District
Monroe County, PA

ORDER OF COURT

AND NOW, this 16th day of February, 2000, the Defendant, Mohd Suliman Alrawashdeh, having pled guilty to Simple Assault, a misdemeanor of the second degree, it is the sentence of this Court that he be incarcerated in the Monroe County Correctional Facility for a period of not less than two (2) months nor more than one (1) year, and that he restrain from having any contact with the victim of this offense, Phyllis Alrawashdeh.

The Defendant also having pled guilty to Terroristic Threats, a misdemeanor of the first degree, it is the sentence of this Court that he be incarcerated in the Monroe County Correctional Facility for a period of not less than two (2) months nor more than eleven (11) months, and that he pay the costs of these proceedings.

These sentences shall run consecutively, for a total aggregate sentence of not less than four (4) months nor more than twenty-three (23) months.

When the Defendant has served his minimum

NO. 1606 CRIMINAL 1999

term, he shall be placed on parole, under and subject to the rules and regulations of the Monroe County Probation Office, which shall include a twenty-five dollar ($25.00) per month supervisory fee, as provided by Act 35 of 1991.

The Defendant is entitled to a time credit from November 1, 1999.

BY THE COURT:

Linda Wallach Miller, Judge

CC:  B. Gaglione, Esq. (DA)
     G. Wassel, Esq.
     Sheriff
     Probation
     M. Strouse, CSR

COURT OF COMMON PLEAS OF MONROE COUNTY
43RD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA    :    NO. 1606 CRIMINAL 1999
                                :
        -vs-                     :
                                :
MOHD SULIMAN ALRAWASHDEH,        :    GUILTY PLEA, CERTIFIED FROM THE RECORD,
            Defendant            :    PETITION FOR BAIL
                                      This 30th day of _____ 2000

                                      _____
                                      Clerk, Common Pleas
                                      43rd Judicial District
                                      Monroe County, PA

                    O R D E R

        AND NOW, this 12th day of January, 2000,

the Defendant, Mohd Suliman Abrawashdeh, having entered a

plea of guilty to Count I of the information, Simple Assault,

a misdemeanor of the second degree, and Count III of the

information, Terroristic Threats, a misdemeanor of the first

degree, the sentence is deferred pending a presentence

investigation to be conducted by the Monroe County Probation

Office with sentencing to be scheduled on Wednesday,

February 16, 2000 at 1:30 p.m. in Courtroom No. 4 of the

Monroe County Courthouse, Stroudsburg, Pennsylvania.

Until that time, the status of bail is continued.

                    BY THE COURT:

                    _____
                    Linda Wallach Miller, J.

cc: J. Kurland, Esquire, (A.D.A.)
    G. Wassel, Esquire
    Sheriff
    Probation
    Monroe County Correctional Facility
    J. Grevera, OCR

2000 JAN 12  P 1:36
CLERK OF COURTS
MONROE COUNTY, PA.

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Number | 3. State Identification Number | |
|---|---|---|---|
| CR-0000250-99 | 1606-999 | OTN H 058062-4 | |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | DISTRICT NO. | 5. Transferred from Initial Issuing Authority | DISTRICT NO. |
|---|---|---|---|
| THOMAS R. SHIFFER, JR. | 43  3  02 | | |

**6. Name and Address (Last Name First)**
DEFENDANT

ALRAWASHDEH, MOHD SULIMAN
PO BOX 46
DALLAS, PA 18612

| 7. Date of Transfer | 8. Docket No. of Initial Issuing Authority |
|---|---|
| | CR-0000250-99 |

9. Affiant Who Signed Complaint (Name and Address)
TODD M. ROVITO
1211 NORTH 5TH STREET
STROUD TOWNSHIP POLICE DEPT.
STROUDSBURG, PA 18360

| 10. Date of Birth MM DD YY | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| 03 08 68 | M | W | 26060297 | PA | PA0450800 | | 214-22 |

| 18. Date of Arrest MM DD YY | 19. Date Complaint Filed or Citation Issued or Filed MM DD YY | 20. Summons Date Issued MM DD YY | 21. Warrant MM DD YY | 22. Summons Returned MM DD YY | 23. Preliminary Arraignment Date MM DD YY | 24. Time | 25. Date Waived to Court MM DD YY |
|---|---|---|---|---|---|---|---|
| 11 01 99 | 11 01 99 | 11 01 99 | | | 11 01 99 | 3:40P | 11 10 99 |

| 26. Prelim.Hear./Sum.Trial | 27. Address of Preliminary Hearing/Summary Trial | 32. Date Set For Preliminary Hearing | 33. C O N T. |
|---|---|---|---|
| | 2400 NORTH 5TH STREET, STROUDSBURG, PA 18360 | | |

| 28. Description of Charges | Ct. of Char. | Grading | 29. Offense Date MM DD YY | 30. Section and Subsection | 31. Disposition | Date MM DD YY | |
|---|---|---|---|---|---|---|---|
| A  AGGRAVATED ASSAULT | | F1 | 10 23 99 | CC2702A1 | WD | 11 10 99 | |
| B  AGGRAVATED ASSAULT | | F2 | 10 23 99 | CC2702A4 | WD | 11 10 99 | J |
| C  SIMPLE ASSAULT | | | 10 23 99 | CC2701A1 | WAV | | |
| D  SIMPLE ASSAULT | | | 10 23 99 | CC2701A1 | WAV | | |
| E  SIMPLE ASSAULT | | | 10 23 99 | CC2701A3 | WAV | | |
| F  SIMPLE ASSAULT | | | 10 23 99 | CC2701A3 | WAV | | |

| 34. Advised of His Right to Apply for Assignment of Counsel? | Yes X | No | 35. Public Defender Requested by the Defendant? | Yes X | No | 36. Application Provided for Appointment of Public Defender? | Yes X | No | 37. In cases where so required, I the within named Defendant, did make a reasonable effort to settle the difference between the Defendant and the Complainant on: | Date MM DD YY |
|---|---|---|---|---|---|---|---|---|---|---|

| 38. Codefendant(s) Name | 39. OTN | 38. Codefendant(s) Name | 39. OTN |
|---|---|---|---|
| | | b. | |
| | | d. | |

CERTIFIED FROM THE RECORD

| 40. Enter 'C' for witness for Complainant- Enter 'D' for Witness for Defendant | This ___ day of ___ Names and Addresses and Names and Addresses of persons (not more than 2) Defendant wishes to be Notified for trial | 41. | 42. Sworn | 43. Testified | 44. Defense Persons to be notified |
|---|---|---|---|---|---|

Clerk, Common Pleas
43rd Judicial District
Monroe County, PA

| 45. Commonwealth | DISTRICT ATTORNEY | Attorney's Name and Address for: MONROE COUNTY C, STROUDSBURG, PA 18360 B. GAGLIONE | 48. I.D. No. 69141 |
|---|---|---|---|
| 46. Complainant | | | |
| 47. Defendant | WASSIL, ATTY. GERALD J. 630 NORTH MAIN STREET WILKES-BARRE, PA 18705 | X Private / Other | 25234 |

| 49. Date of Decision MM DD YY | 50. Fines Amount $ .00 | 51. Costs $ .00 | 52. Judgment of Sentence | BAL: $ .00 |
|---|---|---|---|---|

| Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment | |
|---|---|
| Bail at Preliminary Arraignment | 56. Date Bail Posted MM DD YY |

| 53. Type | 54. Amount $ | 55. Date Set SD YY | **SEE CURRENT BAIL INFORMATION PAGE** | |
|---|---|---|---|---|

| Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing | |
|---|---|
| Current Bail/Bail at Preliminary Hearing | 60. Date Bail Posted MM DD YY |

| 57. Type | 58. Amount $ | 59. Date Set SD YY | **SEE CURRENT BAIL INFORMATION PAGE** | |
|---|---|---|---|---|

| 61. If Committed Date MM DD YY | 62. Code | 63. Place of Commitment | | |
|---|---|---|---|---|
| 11 01 99 | C | MONROE COUNTY PRISON | STROUDSBURG | PA |

COPY: CLERK OF COURTS

| 64. Date Transcript Sent to Court MM DD YY | |
|---|---|
| 11 10 99 | |

Certified this **10th** day of **NOVEMBER**, **1999**

My commission expires first Monday of January, **2002**.    SEAL

I, the above named Issuing Authority certify that this Transcript is a true and correct Transcript of the Docket.

OPC 501A-99        PRINTED: 11/10/99 14:26:12

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Docket Number | 3. State Identification Number | | |
|---|---|---|---|---|
| CR-0000250-99 | | | JTN | H 058062-4 |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | DISTRICT NO. | 5. Transferred from Initial Issuing Authority | DISTRICT NO. |
|---|---|---|---|
| THOMAS R. SHIFFER, JR. | 43 3 02 | | |

**DEFENDANT**

6. Name and Address (Last Name First)

ALRAWASHDEH, MOHD SULIMAN
PO BOX 46
DALLAS, PA 18612

| 7. Date of Transfer MM DD YY | 8. Docket No. of Initial Issuing Authority |
|---|---|
| | CR-0000250-99 |

**REPORT OF JUDICIAL CRIMINAL PROCEEDINGS**
ATTN: CLERK OF COURTS
This Portion of this form (commencing with block 9) is to be completed by you or your appropriate designee.

9. Date of Filing MM DD YY   10.Code

ENTER TYPE OF FILING CODE IN BLOCK 10.
1. Indictment  2. Information
3. Grand Jury Waiver  4. Other (specify below):

| 11. Date of Birth MM DD YY | 12. Sex | 13. Race | 14. Operator License Number | 15.State |
|---|---|---|---|---|
| 03 08 68 | M | W | 26060297 | PA |

| 16. Date of Arrest MM DD YY | 17. Date Complaint Filed or Citation Issued or Filed MM DD YY | 22. Date Bail Set MM DD YY | 23 Code | LAST BAIL STATUS PRIOR TO SENTENCING EXPLANATION OF BAIL CODES ***SEE CURRENT BAIL INFORMATION PAGE*** | 18. Date MM DD YY | Preliminary Arraignment 19. Time | 20. Date Waived to Court MM DD YY |
|---|---|---|---|---|---|---|---|
| 11 01 99 | 11 01 99 | | | | 11 01 99 | 3:40P | 11 10 99 |

21. Prelim. Hear./Sum.Trial MM DD YY      24. Amount $       25. Date Posted

26. Final Charges: If Initial Charge Changed Indicate Letter of Line(s) on which New Charge(s) appear.

27. Description of charges

| | | | | Off.Char | Gr.Code | 28. Offense Date MM DD YY | 29. Section and Subsection | Purdon's Cite | 30. Disp. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | AGGRAVATED ASSAULT | | | F1 | 10/23/99 | CC2702A1 | 18 §2702 §§A1 | WD |
| 2 | B | AGGRAVATED ASSAULT | | | F2 | 10/23/99 | CC2702A4 | 18 §2702 §§A4 | WD |
| 3 | C | SIMPLE ASSAULT | | | | 10/23/99 | CC2701A1 | 18 §2701 §§A1 | WAV |
| 4 | D | SIMPLE ASSAULT | | | | 10/23/99 | CC2701A1 | 18 §2701 §§A1 | WAV |
| 5 | E | SIMPLE ASSAULT | | | | 10/23/99 | CC2701A3 | 18 §2701 §§A3 | WAV |
| 6 | F | SIMPLE ASSAULT | | | | 10/23/99 | CC2701A3 | 18 §2701 §§A3 | WAV |

TYPE OF DISPOSITION

| (101) | GUILTY PLEA | FINAL PLEA |
| (102) | GUILTY PLEA TO A LESSER OFFENSE | |
| (103) | NOLO CONTENDERE | |
| (201) | NOLLE PROSSED/WITHDRAWN | DIS-MISSAL |
| (202) | QUASHED/DISMISSED/DEMURRER SUSTAINED | |
| (203) | OTHER (SPECIFY) | |
| (204) | DISMISSAL UNDER PA. R. CRIM. P. 1100 | |
| (301) | JURY | TRIAL |
| (302) | COURT | |
| (311) | NOT GUILTY | VER-DICT |
| (312) | GUILTY | |
| (313) | GUILTY OF A LESSER CHARGE | |
| (401) | ARD COUNTY | NO. PENALTY DISP |
| (402) | ARD STATE | |
| (403) | DISPOSITION IN LIEU OF TRIAL | |
| (501) | DIAGNOSTIC CLASSIFICATION CENTER | PRISON |
| (502) | REGIONAL CORRECTIONAL FACILITY | |
| (503) | COUNTY JAIL | |
| (504) | ELECTRONIC SURVEILLANCE | |
| (511) | STATE (PBPP) REGULAR PROBATION | PRO-BATION |
| (512) | STATE (PBPP) PROBATION W/O VERDICT | |
| (513) | COUNTY-REGULAR PROBATION | |
| (514) | COUNTY-PROBATION W/O VERDICT | |
| (516) | INTERMEDIATE PUNISHMENT PROGRAM | |
| (521) | FINES-TOTAL AMOUNT ONLY......$ | FINES AND COSTS |
| (522) | COSTS-TOTAL AMOUNT ONLY......$ | |
| (523) | FINES AND COSTS SUSPENDED | |
| (531) | DEATH PENALTY | MISC. |
| (532) | MENTAL HOSPITAL | |
| (533) | OTHER (SPECIFY) | |

OTHER INFORMATION

31. PRE-SENTENCE INVESTIGATION   YES
A. PRE-SENTENCE-STATE
B. PRE-SENTENCE-COUNTY
C. PSYCHIATRIC EVALUATION
D. PRE-SENTENCE AND PSYCHIATRIC
E. NOT REQUESTED
32. TRIAL COMMENCED DATE
33. NO. TRIAL DAYS
34. DISPOSITION DATE
35. SENTENCE DATE
36. EFFECTIVE DATE OF SENTENCE
37. FUGITIVE   YES
38. DEFENSE COUNSEL   YES
A. PUBLIC DEFENDER
B. PRIVATELY RETAINED
C. COURT APPOINTED
D. SELF REPRESENTED
39. DEFENSE COUNSEL NAME   40. I.D. NO.
41. PRESIDING JUDGE (LAST NAME FIRST)
42. COUNTY   43.CODE
44. NAME OF PERSON REPORTING

| | 45. SUSPENDED SENTENCE | SENTENCE OR TERM | 46. MINIMUM YRS. MOS. DAYS | 47. MAXIMUM YRS. MOS. DAYS | 48.WHEN SENTENCE CONCURRENT ENTER CHARGE CODE | 49.WHEN SENTENCE CONSECUTIVE ENTER CHARGE CODE |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |

AFTER DISPOSITION AND CONCLUSION OF CASE, MAIL THIS FORM TO:

ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
DOCKET TRANSCRIPT UNIT
1515 MARKET STREET, SUITE 1428
PHILADELPHIA, PENNSYLVANIA 19102
(215) 560-6300

USE REVERSE SIDE FOR REMARKS

PRINTED: 11/10/99 14:26:12
AOPC 501B-96  COPY: CLERK OF COURTS

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Number | 3. State Identification Number | | |
|---|---|---|---|---|
| CR-0000250-99 | ( ) | | OTN | H 058062-4 |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | DISTRICT NO. | 5. Transferred from Initial Issuing Authority | DISTRICT NO. |
|---|---|---|---|
| THOMAS R. SHIFFER, JR. | 43  3  02 | | |

**DEFENDANT**

6. Name and Address (Last Name First)

ALRAWASHDEH, MOHD SULIMAN
PO BOX 46
DALLAS, PA 18612

7. Date of Transfer

8. Docket No. of Initial Issuing Authority
CR-0000250-99

9. Affiant Who Signed Complaint (Name and Address)
TODD M. ROVITO
1211 NORTH 5TH STREET
STROUD TOWNSHIP POLICE DEPT.
STROUDSBURG, PA 18360

| 10. Date of Birth MM DD YY | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| 03 08 68 | M | W | 26060297 | PA | PA0450800 | | 214-22 |

| 18. Date of Arrest MM DD YY | 19. Date Complaint Filed or Citation Issued or Filed MM DD YY | 20. Summons Date Issued MM DD YY | 21. Warrant Date MM DD YY | 22. Summons Returned MM DD YY | 23. Preliminary Arraignment Date MM DD YY | 24. Time | 25. Date Waived to Court MM DD YY |
|---|---|---|---|---|---|---|---|
| 11 01 99 | 11 01 99 | | 11 01 99 | | 11 01 99 | 3:40P | 11 10 99 |

| 26. Prelim.Hear./Sum.Trial | 27. Address of Preliminary Hearing/Summary Trial | 32. Date Set For Preliminary Hearing | 33. CONT. |
|---|---|---|---|
| | 2400 NORTH 5TH STREET, STROUDSBURG, PA 18360 | | |

| 28. Description of Charges | On Char | 29. Grading | 30. Offense Date MM DD YY | 30. Section and Subsection | 31. Disposition | | MM DD YY | |
|---|---|---|---|---|---|---|---|---|
| G TERRORISTIC THREATS | | M1 | 10 23 99 | CC2706 | WAV | | 11 10 99 | |
| H HARASSMENT/STRIKE, SHOVE, KICK, ETC. | | S | 10 23 99 | CC2709A1 | WAV | | 11 10 99 | J |
| I HARASSMENT/REPEATEDLY ALARM, ANNOY | | S | 10 23 99 | CC2709A3 | WAV | | | |

| 34. Advised of His Right to Apply for Assignment of Counsel? Yes X No | 35. Public Defender Requested by the Defendant? Yes X No | 36. Application Provided for Appointment of Public Defender? Yes X No | 37. In cases where so required, I the within named Issuing Authority, did make a reasonable effort to settle the difference between the Defendant and the Complainant. Date MM DD |
|---|---|---|---|

| 38. Codefendant(s) Name | 39. OTN | 38. Codefendant(s) Name | 39. OTN |
|---|---|---|---|
| a | a | c | |
| b | b | d | |

| 40. Enter 'C' for witness for Complainant- Enter 'D' for Witness for Defendant | 41. Witnesses Names and Addresses and Names and Addresses of persons (not more than 2), Defendant wishes to be Notified for trial | 42. Sworn | 43. Testified | 44. Defense Persons to be notified |
|---|---|---|---|---|
| | | | | |

| 45. Commonwealth | Attorney's Name and Address for: | 48. I.D. No. |
|---|---|---|
| DISTRICT ATTORNEY | MONROE COUNTY C, STROUDSBURG, PA 18360 R. GAGLIONE | 59141 |
| 46. Complainant | | |
| 47. Defendant | WASSIL, ATTY. GERALD J. 630 NORTH MAIN STREET WILKES-BARRE, PA 18705 | X Private    25234 |
| | | Other |

| 49. Date of Decision MM DD YY | 50. Fines Amount | 51. Costs Amount | 52. Judgment of Sentence | |
|---|---|---|---|---|
| | $      .00 | $      .00 | | BAL: $      .00 |

| Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment | | |
|---|---|---|
| Bail at Preliminary Arraignment | | |
| 53. Type | 54. Amount $ | 55. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | 56. Date Bail Posted MM DD YY |

| Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing | | |
|---|---|---|
| Current Bail/Bail at Preliminary Hearing | | |
| 57. Type | 58. Amount $ | 59. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | 60. Date Bail Posted MM DD YY |

| 61. If Committed Date MM DD YY | 62. Code | 63. Place of Commitment | | |
|---|---|---|---|---|
| 11 01 99 | C | MONROE COUNTY PRISON | STROUDSBURG | PA |

COPY: CLERK OF COURTS

Certified this __10th__ day of __NOVEMBER__ , __1999__

My commission expires first Monday of January, 2002.    SEAL

| 64. Date Transcript Sent to Court MM DD YY |
|---|
| 11 10 99 |

I, the above named Issuing Authority certify that this Transcript is a true and correct Transcript of the Docket.

AOPC 501A-99    PRINTED:  11/10/99 14:26:12

| 1. Docket Number of Final Issuing Authority | 2. Common Plea Number | 3. State Identification Number |
|---|---|---|
| CR-0000250-99 | | OTN  H 058062-4 |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | | DISTRICT NO. | 5. Transferred from Initial Issuing Authority | | DISTRICT NO. |
|---|---|---|---|---|---|
| THOMAS R. SHIFFER, JR. | | 43  3  02 | | | |

**DEFENDANT**

| 6. Name and Address (Last Name First) | 7. Date of Transfer MM DD YY | 8. Docket No. of Initial Issuing Authority |
|---|---|---|
| ALRAWASHDEH, MOHD SULIMAN  PO BOX 46  DALLAS, PA 18612 | | CR-0000250-99 |

REPORT OF JUDICIAL CRIMINAL PROCEEDINGS
ATTN: CLERK OF COURTS
This Portion of this form (commencing with block 9) is to be completed by you or your appropriate designee.

| 9. Date of Filing MM DD YY | 10.Code | ENTER TYPE OF FILING CODE IN BLOCK 10. |
|---|---|---|

1. Indictment    2. Information
3. Grand Jury Waiver   4. Other (specify below):

| 11. Date of Birth MM DD YY | 12. Sex | 13. Race | 14. Operator License Number | 15 State |
|---|---|---|---|---|
| 03 08 68 | M | W | 26060297 | PA |

| 16. Date of Arrest MM DD YY | 17. Date Complaint Filed or Citation Issued or Filed MM DD YY | 23 Code | LAST BAIL STATUS PRIOR TO SENTENCING  EXPLANATION OF BAIL CODES | 18. Date MM DD YY | Preliminary Arraignment 19. Time | 20. Date Waived to Court MM DD YY |
|---|---|---|---|---|---|---|
| 11 01 99 | 11 01 99 | | ***SEE CURRENT BAIL INFORMATION PAGE*** | 11 01 99 | 3:40P | 11 10 99 |

| 21. Prelim.Hear./Sum.Trial MM DD YY | 22. Date Bail Set MM DD YY | | 24. Amount $ | 25. Date Posted | 26. Final Charges: If Initial Charge is Changed Indicate Letter of Line(s) on which New Charge(s) appear. |
|---|---|---|---|---|---|

| 27. Description of charges | | Off. Char. | Gr. Code. | 28. Offense Date MM DD YY | 29. Section and Subsection | Purdon's Cite | 30. Disp |
|---|---|---|---|---|---|---|---|
| 1 | G | TERRORISTIC THREATS | M | 10/23/99 | CC2706 | 18 §2706 §§ | WAV |
| 2 | H | HARASSMENT/STRIKE, SHOVE, KICK, ETC. | S | 10/23/99 | CC2709A1 | 18 §2709 §§A1 | WAV |
| 3 | I | HARASSMENT/REPEATEDLY ALARM, ANNOY | S | 10/23/99 | CC2709A3 | 18 §2709 §§A3 | WAV |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

TYPE OF DISPOSITION

| | | | | OTHER INFORMATION | |
|---|---|---|---|---|---|
| (101) | GUILTY PLEA | | FINAL | 31. PRE-SENTENCE INVESTIGATION | YES |
| (102) | GUILTY PLEA TO A LESSER OFFENSE | | PLEA | A. PRE-SENTENCE-STATE | |
| (103) | NOLO CONTENDERE | | | B. PRE-SENTENCE-COUNTY | |
| (201) | NOLL PROSSED/WITHDRAWN | | | C. PSYCHIATRIC EVALUATION | |
| (202) | QUASHED/DISMISSED/DEMURRER SUSTAINED | | DIS- | D. PRE-SENTENCE AND PSYCHIATRIC | |
| (203) | OTHER  (SPECIFY) | | MISSAL | E. NOT REQUESTED | |
| (204) | DISMISSAL UNDER PA. R. CRIM. P. 1100 | | | 32. TRIAL COMMENCED DATE | |
| (301) | JURY | | | 33. NO. TRIAL DAYS | |
| (302) | COURT | | TRIAL | 34. DISPOSITION DATE | |
| (311) | NOT GUILTY | | VER- | 35. SENTENCE DATE | |
| (312) | GUILTY | | DICT | 36. EFFECTIVE DATE OF SENTENCE | |
| (313) | GUILTY OF A LESSER CHARGE | | | 37. FUGITIVE | YES |
| (401) | ARD COUNTY | | NO | 38. DEFENSE COUNSEL | YES |
| (402) | ARD STATE | | PENALTY | A. PUBLIC DEFENDER | |
| (403) | DISPOSITION IN LIEU OF TRIAL | | DISP | B. PRIVATELY RETAINED | |
| | | | | C. COURT APPOINTED | |
| (501) | DIAGNOSTIC CLASSIFICATION CENTER | | | D. SELF REPRESENTED | |
| (502) | REGIONAL CORRECTIONAL FACILITY | | PRISON | 39. DEFENSE COUNSEL NAME | 40. I.D. NO. |
| (503) | COUNTY JAIL | | | | |
| (504) | ELECTRONIC SURVEILLANCE | | | | |
| (511) | STATE (PBPP) REGULAR PROBATION | | | 41. PRESIDING JUDGE (LAST NAME FIRST) | |
| (512) | STATE (PBPP) PROBATION W/O VERDICT | | PRO- | | |
| (513) | COUNTY-REGULAR PROBATION | | BATION | | |
| (514) | COUNTY-PROBATION W/O VERDICT | | | 42. COUNTY | 43.CODE |
| (516) | INTERMEDIATE PUNISHMENT PROGRAM | | | | |
| (521) | FINES-TOTAL AMOUNT ONLY......$ | | FINES | | |
| (522) | COSTS-TOTAL AMOUNT ONLY......$ | | AND | 44. NAME OF PERSON REPORTING | |
| (523) | FINES AND COSTS SUSPENDED | | COSTS | | |
| (531) | DEATH PENALTY | | | | |
| (532) | MENTAL HOSPITAL | | MISC. | | |
| (533) | OTHER  (SPECIFY) | | | | |

| | 45. SUSPENDED SENTENCE NO | S E N T E N C E | 46. MINIMUM | | | 47. MAXIMUM | | | 48 WHEN SENTENCE CONCURRENT ENTER CHARGE CODE  49 WHEN SENTENCE CONSECUTIVE ENTER CHARGE CODE | AFTER DISPOSITION AND SENTENCING OF CASE, MAIL THIS FORM TO: |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | | |
| G | | SENTENCED OR TERM | | | | | | | | ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS |
| H | | | | | | | | | | DOCKET TRANSCRIPT UNIT |
| I | | | | | | | | | | 1515 MARKET STREET, SUITE 1428  PHILADELPHIA, PENNSYLVANIA 19102  (215) 560-6300 |

USE REVERSE SIDE FOR REMARKS

PRINTED: 11/10/99 14:26:12
AOPC 501B-96 COPY: CLERK OF COURTS

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **MONROE**

**WAIVER OF
PRELIMINARY HEARING**

**COMMONWEALTH OF**

**PENNSYLVANIA**

Mag. Dist. No.:
**43-3-02**

DJ Name: Hon.
**THOMAS R. SHIFFER, JR.**
Address: **2400 NORTH 5TH STREET**
**P.O. BOX 997**
**STROUDSBURG, PA**
Telephone: **(570) 420-3494        18360**

**VS.**

DEFENDANT:        NAME and ADDRESS
**ALRAWASHDEH, MOHD SULIMAN**
**PO BOX 46**
**DALLAS, PA 18612**

**CLERK OF COURTS**
**MONROE COUNTY COURTHOUSE**
**STROUDSBURG, PA 18360**

Docket No.: **CR-0000250-99**
Date Filed:    **11/01/99**
OTN:      **H 058062-4**

I, the undersigned, certify that I waive my right to a preliminary hearing. I understand that I have a right to this hearing, at which time I have the right to:

1. be represented by counsel,
2. cross-examine witnesses,
3. inspect physical evidence offered against me,
4. call witnesses on my own behalf, offer evidence on my own behalf, and testify,
5. make written notes of the proceedings or have my own counsel do so, and
   make a stenographic, mechanical, or electronic record of the proceedings.

I understand that if a prima facie case of guilt is not established against me at this hearing, the charges against me would be dismissed.

☐ I have had a preliminary arraignment during which I was advised of my right to have a preliminary hearing and of my right to counsel.

☐ I have received a summons wherein I was advised of my right to have a preliminary hearing and of my right to counsel.

I knowingly, voluntarily, and intelligently make this waiver of my preliminary hearing.

Signed this ___10th___ day of ___NOVEMBER___, 1999

X _____
          (Defendant)

_____
          (Attorney)

630 N Main St
WiB, PA 18705

Attorney for Defendant (if any)
**ATTY. GERALD J. WASSIL**
**630 NORTH MAIN STREET**
**WILKES-BARRE, PA 18705**

I HAVE DETERMINED THAT THE DEFENDANT HAS MADE A KNOWING, VOLUNTARY, AND INTELLIGENT WAIVER OF HIS RIGHT TO A PRELIMINARY HEARING.

_11/10/99_ Date _____, District Justice

My commission expires first Monday of January, **2002**.          **SEAL**

AOPC 601-99

| Defendant's Name: | MOHD SULIMAN ALRAWASHDEH |
|---|---|
| Docket Number: | CR 250-99 |

**POLICE
CRIMINAL COMPLAINT**

## AFFIDAVIT of PROBABLE CAUSE

ON OR ABOUT OCTOBER 27TH, 1999 A PHYLLIS ALRAWASHDEH CAME TO OUR HEADQUARTERS TO REPORT A DOMESTIC VIOLENCE SITUATION THAT HAS BEEN ON GOING. I INTERVIEWED VICTIM AND ADVISED TO OBTAIN A PFA, AND CONTACTED WOMENS RESOURCES FOR HER. VICTIM STATES THAT HER HUSBAND FIRST BEGAN THE VIOLENCE WHEN THEY LIVED IN NEW YORK, IT THEN CONTINUED WHEN THEY MOVED TO NEW JERSEY, WHERE HE WAS FINALLY ARRESTED FOR AGGRIVATED ASSULT. THEY THEN MOVED TO PENNSYLVANIA WHERE HE HAS STARTED THE VIOLENCE AGAIN. RECENTLY HE ATTEMPED TO RUN HER OVER WITH A VEHICLE IN THEIR DRIVEWAY ON 10-23-99, SHE WAS NUDGED BY THE CAR AND KNOCKED INTO A TREE. THEN ON 10-26-99 HE FORCED HIS WAY INTO THE HOUSE AND BACK HANDED HER ACROSS THE FACE. DURRING ALL THIS VIOLENCE HE HAS REPEATEDLY THREATENED TO KILL HER IF SHE CALLS THE POLICE, HE THREATENS TO TAKE THE CHILDREN AND LEAVE THE COUNTRY, AND THREATENS TO KILL HER AND KILL HIMSELF. CORRESPONDENCE WITH THE JERSEY CITY POLICE DEPARTMENT DID CONFIRM THAT THE DEFENDANT WAS ARRESTED TWICE IN JERSEY CITY, ONCE IN 1996 FOR DOMESTIC VIOLENCE AND SIMPLE ASSULT, ONCE IN 1998 FOR AGGRRIVATED ASSULT AND TERRORISTIC THREATS.

I, ___PTLM TODD M. ROVITO F-22___ , **BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

(Signature of Affiant)

Sworn to me and subscribed before me this _1st_ day of _NOV._ , 19_99_.

_11/1/99_ Date _____ District Justice

My commission expires first Monday of January _2002_         **SEAL**

AOPC 412-(6/96) (Internet Version)                    3 - 3

(Continuation of No. 2)

| Defendant's Name: | MOHD SULIMAN ALRAWASHDEH |
|---|---|
| Docket Number: | CR 250-99 |

**POLICE CRIMINAL COMPLAINT**

PA/CC 2701.(a,1,3) SIMPLE ASSAULT; TO WIT: (a) A person is
guilty of assault if he:(1)attempts to cause or intentionally,
knowingly or recklessly causes bodily injure to
another(3)attempts by physical menace to put another in fear of
imminent serious bodily injury.
PA/CC 2706 TERRORISTIC THREATS; TO WIT: A person is guilty of a
misdemeanor of the first degree if he threatens to commit any
crime of violence with intent to terrorize another or to cause
evacuation of a building, place of assembly, or facility of
public transportation, or otherwise to cause serious public
inconvenience, or in reckless disregard of the risk of causing
such terror or inconvenience.
PA/CC 2709 (a)(1)(3)HARASSMENT AND STALKING; TO WIT: A person
commits the crime of harassment when, with intent to harass,
annoy or alarm, another person:(1) he strikes, shoves, kicks or
otherwise subjects him or her to physical contact, or attempted
or threatened to do the same;(3)he engaged in a course of
conduct or repeatedly commits acts which alarmed or seriously
annoy such other person and which served no legitimate purpose.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| (Section) | (Subsection) | | (PA Statute) | (counts) |
|---|---|---|---|---|
| 2702 | A,1,4 | of the | PA/CC | 1 |
| 2701 | A,1,3 | of the | PA/CC | 2 |
| 2706 | | of the | PA/CC | 1 |
| 2709 | A,1,3 | of the | PA/CC | 1 |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

1 November , 19 99                    (Signature of Affiant)

AND NOW, on this date _Nov. 1st_ , 19 99 , I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

11-3-02 (Magisterial District)            (Issuing Authority)     **SEAL**

AOPC 412-(6/96) (Internet Version)          2 - 3

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: MONROE

# POLICE CRIMINAL COMPLAINT

Magisterial District Number: 43-3-02

District Justice Name: Hon.
THOMAS R. SHIFFER
Address:
P.O. BOX 997
2400 N. 5TH ST
STROUDSBURG PA 18360

Telephone: ( ) 570-420-3494

Docket No.: CR 250-99

Date Filed: 11/01/99

OTN: H 058062-4

## COMMONWEALTH OF PENNSYLVANIA
VS.

DEFENDANT
NAME and ADDRESS

MOHD SULIMAN ALRAWASHDEH
PO BOX 451 46
ROUTE 447 NORTH
ANALOMINK PA 18320 Dollco PA 18612

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID |
|---|---|---|---|---|
| ☒ White  ☐ Asian  ☐ Black ☐ Hispanic ☐ Native American ☐ Unknown | ☐ Female ☒ Male | 03/08/1968 | 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 | |

| Defendant's A.K.A. | Defendant's Vehicle Information: Plate Number | State PA | Registration Sticker (MM/YY) | Defendant's Driver's License Number State PA 26060297 |
|---|---|---|---|---|

| Complaint / Incident Number | Complaint / Incident Numbers if other Participants | UCR / NIBRS Code |
|---|---|---|
| 19991028M1 / 19991028M1 | | 3600/120 |

**District Attorney's Office** ☐ Approved  ☐ Disapproved because:
(The district attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Cr.P. 107.)

| (Name of Attorney for Commonwealth - Please Print or Type) | (Signature of Attorney for Commonwealth) | (Date) |
|---|---|---|

I, PTLM TODD M. ROVITO                                                F-22

| (Name of Affiant - Please Print or Type) | | (Officer Badge Number / I.D.) |
|---|---|---|
| of STROUD TOWNSHIP POLICE DEPARTMENT | 0450800 | 19991028M1 |
| (Identify Department or Agency Represented and Political Subdivision) | (Police Agency ORI Number) | (Originating Agency Case Number (OCA)) |

do hereby state: (check the appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as_____

   ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have
   therefore designated as John Doe
   with violating the penal laws of the Commonwealth of Pennsylvania at _____ (Place-Political Subdivision)
   PO BOX 451 ANALOMINK PA ALRAWASHDEH RESIDENCE

   in MONROE                County on or about 23 OCTOBER 99 AND 26 OCTOBER 99

   Participants were: (if there were participants, place their names here, repeating the name of above defendant)
   _____

2. The acts committed by the accused were:
   (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

   PA/CC 2702(a)(1)(4) AGGRAVATED ASSAULT; TO WIT:(a) A person is
   guilty of aggravated assault if he:(1)attempts to cause serious
   bodily injury to another, or causes such injury intentionally,
   knowingly or recklessly under circumstances manifesting extreme
   indifference to the value of human life;(4)attempts to cause or
   intentionally or knowingly causes bodily injury to another with
   a deadly weapon.

AOPC 412-(6/96) (Internet Version)                    1 - 3

Report Date: 11/10/99

System Date 11/10/99

Report Id: **CSS25R**

**CURRENT BAIL INFORMATION**

Time: **2:26**

Mag. Dist. No.: **43-3-02**

Docket Number: **CR-0000250-99**

Defendant Name: **ALRAWASHDEH, MOHD SULIMAN**

Last Bail Action: **SET**  Date: **11/01/99** Time: **3:40PM**

Current Set Amount: $ **10,000.00** Date: **11/01/99**

Common Pleas Court Order Number: _____

Event Type: **ARRAIGNMENT** _____  Date: **11/01/99** Time: **3:40PM**

Release Type 1: **MONETARY BAIL** _____  Release Type 2: **NONMONETARY**

Monetary Release Type: **STRAIGHT BAIL** _____

Bail Bond Signed: **NO** ___ Date: _____  Time: _____

| SURETY TYPE | SURETY NAME AND ADDRESS | SECURITY TYPE | POSTED AMOUNT | PAID IN AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| LAST SURETY TYPE | LAST RECEIPT NUMBER | LAST RECEIPT DATE | LAST RECEIPT AMOUNT | LAST SURETY TYPE | LAST REFUND DATE | LAST REFUND CHECK NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Nominal/Unsecured Surety: _____

Release Conditions in Addition to Bail Bond Conditions:

_____

_____

_____

_____

Domestic Violence Conditions Imposed? **YES**

**Refrain from entering the residence or household of the victim or the victim's place of employment.**
**Refrain from committing any further criminal conduct against the victim.**

**DEFENDANT IS TO HAVE NO CONTACT WITH VICTIMS AND WITNESSES IN THIS MATTER.**

_____

_____

Bail Forfeiture Amount: $ _____   Date of Execution of Forfeiture: _____

Bail Forfeiture Set Aside Amount: $ _____

Reason for Last Bail Action of: _____

_____

_____

_____

_____

A503A-97

**CLERK OF COURTS**

**PRINTED: 11/10/99 14:26:12**

# EXHIBIT 2

# Immigration Judge's Decision

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
YORK, PENNSYLVANIA


IN THE MATTER OF:                          ) IN BOND PROCEEDINGS
                                           )
AL RAWASHDEH, Mohammed S.                   )       File # A 74 902 892
                                           )
                                           )
                                           )
             Respondent                     )
_____    )


**ON BEHALF OF RESPONDENT:**              **ON BEHALF OF THE SERVICE**
Sandra Greene, Esq.                       Jeffrey Bubier
1541 East Market Street,                  Assistant District Counsel
York, PA 17403


## WRITTEN DECISION AND ORDER


On or about February 13, 2002, I conducted a bond redetermination hearing on this respondent at which time I concurred with the district director that the respondent's detention should be continued. I specifically found that the respondent had not overcome his burden of establishing that he was not a continuing danger to others. I held out the option to the respondent that I might reconsider my ruling if he could produce persuasive evidence that he was no longer a danger to his ex-spouse, the person about whom I was most concerned for her safety.

In an effort to establish that he was no longer a danger to others, the respondent, through counsel, has submitted certain documentation, and requests another bond redetermination hearing in accordance with 8 C.F.R. § 3.19(e). Included in the motion is a court order establishing the respondent not to be the biological father of Ferase M. Alrawashdeh. Also submitted is a letter from Charlie Dweikat residing in Swansboro, North Carolina, certifying that the respondent would reside with him at his address. The Service has not responded to this motion.

I do not find any changed circumstances that would cause me to reconsider my original bond order in this matter. Even if the fact that the respondent is not the biological father of the child is somehow related to his assault-related conviction on his ex-spouse, I find this insufficient to overcome my finding of continuing danger. Furthermore, I find the fact that the respondent has an offer to reside in Swansboro, N.C., also insufficient in this regard. The spouse, who presumably resides in the State of Pennsylvania, has telephoned the INS expressing a fear of the respondent should he be released. Given the respondent's past history of violence to this woman, these

documents are not persuasive to me.

Consequently, the respondent's motion for a second bond redetermination hearing is denied.

W.A. Durling
Immigration Judge

March 19, 2002

# EXHIBIT 3

# Protection From Abuse Order

COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

PHYLLIS ALRAWASHDEH,          : No. 1070 D.R. 1999
                              : No. 7922 Civil 1999
        Plaintiff             :
                              :
        vs.                   :
                              :
MOHD ALRAWASHDEH,             :
                              :
        Defendant             :  PROTECTION FROM ABUSE
                              :

### FINAL ORDER OF COURT

Defendant's Name: _Mohd Alrawashdeh_

CERTIFIED FROM THE RECORD
this 30th day of _March_ 20 00
_Robin B. Poelenbauer_
Prothonotary, Common Pleas
43rd Judicial District
Monroe County, PA

Defendant's Date of Birth: _March 8, 1968_

Defendant's Social Security Number: _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_

Names of all Protected persons, including Plaintiff and Minor Children:

PHYLLIS ALRAWASHDEH

_after hearing_

AND NOW, THIS 1st day of November, 1999, the Court having jurisdiction

over the parties and the subject-matter, it is ORDERED, ADJUDGED AND DECREED as

follows:

Page 1 of 5

( ~~X Plaintiff's request for a final protection Order is denied. OR~~

(X) Plaintiff's requests for a final protection order is granted.

(X) 1. Defendant shall not abuse, stalk, harass, threaten the Plaintiff or any other protected person in any place where they might be found.

(X) 2. Defendant is completely evicted and excluded from the residence at _Route 447_ _Chamberlin Residence_ or any other residence where Plaintiff may live. Exclusive possession of the residence is granted to Plaintiff. Defendant shall have no right or privilege to enter or be present on the premises.

( )  On _____ Defendant may enter the residence to retrieve his/her clothing and other personal effects, provided that Defendant is in the company of a law enforcement officer when such retrieval is made.

(X) 3. Except as provided in Paragraph 5 of this Order, Defendant is prohibited from having *ANY CONTACT* with the Plaintiff at any location, including but not limited to any contact at the Plaintiff's school, business, or place of employment. Defendant is specifically ordered to stay away from the following locations for the duration of this Order:_____

_____

_____

(X) 4. Except as provided in Paragraph 5 of this order, Defendant shall not contact the Plaintiff by telephone or by any other means, including through third persons.

( ) 5. Custody of the minor children, _____

_____, shall be as follows:

_____

_____

_____

2

This temporary custody order shall lapse within thirty (30) days if no custody action is filed.

( ) 6. Defendant shall immediately turn over to the Sheriff's Office, or to a local law enforcement agency for delivery to the Sheriff's Office, the following weapons used or threatened to be used by Defendant in an act of abuse against Plaintiff and/or the minor children.

_____

_____

( ) 7. Defendant is prohibited from possessing, transferring or acquiring any other weapons for the duration of this Order. Any weapons delivered to the Sheriff under Paragraph 6 of this Order or under Paragraph 6 of the Temporary Order shall not be returned until further Order of Court.

( ) 8. The following additional relief is granted as authorized by §6108 of the Act:

_____

_____

_____

( ) 9. Defendant is directed to pay temporary support for:_____

as follows:_____

_____

This Order for support shall remain in effect until a final support order is entered by this Court. However, this Order shall lapse automatically if the plaintiff does not file a complaint for support with the court within fifteen (15) days of the date of this Order. The amount of this temporary order does not necessarily reflect Defendant's correct support obligation, which shall be determined in accordance with the guidelines at the support hearing. Any adjustments in the final amount of support shall be credited, retroactive to this date, to the appropriate party.

(X) 10. The costs of this action are waived as to the Plaintiff and imposed on Defendant.
          *in 30 days.*

3

( ) 11. Defendant shall pay _____ to the Plaintiff as compensation for Plaintiff's out-of-pocket losses, which are as follows: _____
_____

OR

   ( ) Plaintiff is granted leave to present a petition, with appropriate notice to Defendant, to _____ requesting recovery of out-of-pocket losses. The petition shall include an exhibit itemizing all claimed out-of-pocket losses, copies of all bills and estimates of repair, and an order scheduling a hearing. No fee shall be required by the Prothonotary's office for the filing of this petition.

(✓) 12. *BRADY INDICATOR*

1. (✓) The Plaintiff or protected person(s) is a spouse, former spouse, a person who cohabitates or has cohabited with the Defendant, a parent of a common child, a child of that person, or a child of the Defendant.

2. (✓) This Order is being entered after a hearing of which the Defendant received actual notice and had an opportunity to be heard.

3. (✓) Paragraph 1 of this Order has been checked to restrain the Defendant from harassing, stalking. Or threatening Plaintiff or protected person(s).

4. ( ) Defendant represents a credible threat to the physical safety of the Plaintiff or other protected person(s)  OR

   (✓) The terms of this Order prohibit Defendant from using, attempting to use, or threatening to use physical force against the Plaintiff or protected person that would reasonably be expected to cause bodily injury.

(✓) 13. *THIS ORDER SUPERCEDES* (✓) *ANY PRIOR ORDER AND* ( ) *ANY PRIOR ORDER RELATING TO CHILD CUSTODY.*

14. All provisions of this Order shall expire on *November 1, 2000*.

4

## NOTICE TO DEFENDANT

*VIOLATION OF THIS ORDER MAY RESULT IN YOUR ARREST ON THE CHARGE OF INDIRECT CRIMINAL CONTEMPT WHICH IS PUNISHABLE BY A FINE OF UP TO $1,000.00 AND/OR A JAIL SENTENCE OF UP TO SIX MONTHS. 23 PA.C.S. §6114. VIOLATION MAY ALSO SUBJECT YOU TO PROSECUTION AND CRIMINAL PENALTIES UNDER THE PENNSYLVANIA CRIMES CODE. THIS ORDER IS ENFORCEABLE IN ALL FIFTY (50) STATES, THE DISTRICT OF COLUMBIA, TRIBAL LANDS, U.S. TERRITORIES AND THE COMMONWEALTH OF PUERTO RICO UNDER THE VIOLENCE AGAINST WOMEN ACT, 18 U.S.C. §2265. IF YOU TRAVEL OUTSIDE OF THE STATE AND INTENTIONALLY VIOLATE THIS ORDER, YOU MAY BE SUBJECT TO FEDERAL CRIMINAL PROCEEDINGS UNDER THAT ACT. 18 U.S.C. §§2261-2262. IF PARAGRAPH 12 OF THIS ORDER HAS BEEN CHECKED, YOU MAY BE SUBJECT TO FEDERAL PROSECUTION AND PENALTIES UNDER THE "BRADY" PROVISIONS OF THE GUN CONTROL ACT, 18 U.S.C.§§922(G), FOR POSSESSION, TRANSPORT OR RECEIPT OF FIREARMS OR AMMUNITION.*

## NOTICE TO LAW ENFORCEMENT OFFICIALS

The police have jurisdiction over the Plaintiff's residence OR any location where a violation of this order occurs OR where the Defendant may be located, shall enforce this Order. An arrest for violation of Paragraphs 1 through 7 of this Order may be without warrant, based solely on probable cause, whether or not the violation is committed in the presence of the police. 23 Pa.C.S. § 6113.

Subsequent to an arrest, the police officer shall seize all weapons used or threatened to be used during the violation of the protection order or during prior incidents of abuse. The arresting officer shall maintain possession of the weapons until further order of this Court. When the defendant is placed under arrest for violation of the Order, the Defendant shall be taken to the appropriate authority or authorities before whom Defendant is to be arraigned. A "Complaint for Indirect Criminal Contempt" shall then be completed and signed by the police officer OR the Plaintiff. Plaintiff's presence and signature are not required to file the complaint.

If sufficient grounds for violation of this Order are alleged, the Defendant shall be arraigned, bond set and both parties given notice of the date of the hearing.

BY THE COURT:

_____ J.

If entered pursuant to the consent of Plaintiff and Defendant:

_____        _____
          Plaintiff                                        Defendant

5

COURT OF COMMON PLEAS OF MONROE COUNTY
43RD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

*Alrawashdeh*

PLAINTIFF

vs                                  NO: *1070 DR 99*

*Alrawashdeh*

DEFENDANT

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA │ SS
COUNTY OF MONROE                │ SS

     I, Wendy Bentzoni, depose and say that the attached rule/order was served in the following manner on November 3, 1999

I. PLAINTIFF(S) *P. Alrawashdeh    PSP Swiftwater*

(a) ____ Personal Service on Attorney of Record   (d) _X_ Regular Mail

(b) ____ Acceptance of Service by _____   (e) ____ Certified Mail

(c) ____ Service in Prothonotary Office Box   (f) ____ Publication

II. DEFENDANT(S) *M. Alrawashdeh    Stroud Twp Police  C Nevins, Esq*

(a) ____ Personal Service on Attorney of Record   (d) _X_ Regular Mail

(b) ____ Acceptance of Service by_____   (e) ____ Certified Mail

(c) ____ Service in Prothonotary Office Box   (f) ____ Publication

III. ADDITIONAL PARTIES *Wise Esq.  PD Sheriff*

(a) ____ Personal Service on Attorney of Record   (d) ____ Regular Mail

(b) ____ Acceptance of Service by_____   (e) ____ Certified Mail

(c) _X_ Service in Prothonotary Office Box   (f) ____ Publication

*Wendy Bentzoni*
Wendy Bentzoni) Deputy Prothonotary

Sworn to and subscribed before me
this November 3, 1999.

_____Deputy

DATE RECEIVED                                                                                                    DATE PROCESSE

# SHERIFF'S OFFICE
## MONROE COUNTY, PENNSYLVANIA
### COURTHOUSE, STROUDSBURG, PA  18360

1999 OCT 28  P 1:30                                                              1999 OCT 28  P 3:43

**SHERIFF SERVICE**
**PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

INSTRUCTIONS: See INSTRUCTIONS FOR SERVICE OF PROCESS BY THE SHERIFF on the reverse of this (No. 5) copy of this form. Please type or print legibly, insuring readability of all copies.
Do not detach any copies.   MCSO ENV.#    03569

| 1. PLAINTIFF/S | 2. COURT NUMBER |
|---|---|
| PHYLLIS AlRawashdeh | 10.78 DT 99 |

| 3. DEFENDANT/S | 4. TYPE OF WRIT OR COMPLAINT |
|---|---|
| MOHD - AlRawashdeh | PFA |

**SERVE** — 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE OR DESCRIPTION OF PROPERTY TO BE LEVIED, ATTACHED OR SOLD.
MOHD  AlRawashdeh

**AT** — 6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
PNC Bank  Marshalls Creek Office  Foxmoore Village

7. SERVICE: ☐PERSONAL  ☐PERSON IN CHARGE  ☐DEPUTIZE  ☐CERT. MAIL  ☐REGISTERED MAIL  ☐FIRST CLASS MAIL  ☐POSTED  ☐PUBLICATION

Now, _____ 19 __, I, SHERIFF OF MONROE COUNTY, PA, do hereby deputize the Sheriff of _____
_____ County to execute this Writ and make return thereof according to law.  This deputation being made at the request and risk of the plaintiff.

SHERIFF OF MONROE COUNTY

8. POSTING REQUIREMENT:   TAX CODE#                 PIN #

9. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

PROTHONOTARY

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN - Any deputy sheriff levying upon or attaching any property under which writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

| 10. SIGNATURE OF ATTORNEY or other ORIGINATOR, requesting service on behalf of: | 11. TELEPHONE NUMBER | 12. DATE |
|---|---|---|
| Phyllis Jean alrawashdeh   ☐PLAINTIFF  ☐DEFENDANT | 570-422-6583 | 10-29-99 |

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

| 13. I acknowledge receipt of the writ or complaint as indicated above. | SIGNATURE of Authorized MCSO Deputy or Clerk and Title  Susan K Bonser, Deputy Sheriff | 14. Date Received  10-28-99 | 15. Expiration/Hearing date  11-1-99 @ 12:30 pm, CR |
|---|---|---|---|

16. I hereby CERTIFY and RETURN that I ☐ have personally served, ☐ have served person in charge, ☐ have legal evidence of service as shown in "Remarks" (on reverse)
☐ have posted the above described property with the writ or complaint described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., at the address inserted below by handing/or Posting a TRUE and ATTESTED COPY thereof.

17. ☐ I hereby certify and return NO SERVICE because I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| 18. Name and title of individual served  MOHD ALRAWASHdeh | 19. A person of suitable age and discretion then residing in the defendant's usual place of abode. | Read Order |
|---|---|---|

| 20. Address of where served (complete only if different than shown above) (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)  PNC BANK  Marshalls Creek office middle sm PA | 21. Date of Service  10-25-99 | 22. Time  8:10 AM |
|---|---|---|

| 23. ATTEMPTS | Date | Miles | Dept. Int. | Date | Miles | Dept. Int. | Date | Miles | Dept. Int. | Date | Miles | Dept. Int. | Date | Miles | Dept. Int |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 24. Advance Costs | 25. | 26. | 27. | 28. Total Costs  $28.25   DUE | 29. COST DUE OR REFUND |
|---|---|---|---|---|---|

SO ANSWER,

AFFIRMED and subscribed to before me this ___29th___

day of ___October___ 19 99

By (Sheriff/Dep. Sheriff) (Please Print or Type)
Salvatore J. Manda, Deputy Sheriff
Signature of Sheriff

SHERIFF OF MONROE COUNTY

MY COMMISSION EXPIRES

Prothonotary/Deputy/Notary Public

NOTARIAL SEAL
PAULA K. HALLOCK, Notary Public
Stroudsburg, Monroe County, PA
My Commission Expires June 21, 2003

I ACKNOWLEDGE REC_____
OF AUTHORIZED ISSU_____

| 30. Date Received |
|---|

☐ PFA

PROTHONOTARY