IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMMED AL RAWASHDEH | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-3704 |
| | : | |
| JOHN ASHCROFT, ET AL. | : | |
| | : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of          ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable JAMES R. MELINSON, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
HERBERT J. HUTTON, J.

civrr